

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-22-00851-CV

**IN RE WEBB CONSOLIDATED ISD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

On December 19, 2022, relator filed a petition for writ of mandamus and an emergency motion for stay. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real party in interest may file a response to the petition in this court **no later than January 10, 2023.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's motion for stay is **GRANTED IN PART**. The following decretal paragraphs of the trial court's November 7, 2022 "Order on November 7, 2022 Hearings" are **STAYED** pending further order from this court:

WCISD Board Member Melissa Pena' [sic] Motion to Quash and for Protection from discovery is denied.

WCISD Board Member Santiago Salinas' Motion to Quash and for Protection from Discovery is denied.

Real party in interest's Motion to Compel Salinas and Pena Depositions is granted. It is ordered that the depositions be conducted in 2022 and before the mediation.

It is so **ORDERED** on December 21, 2022.

---

[1] This proceeding arises out of Cause No. 2019CVC001645D4, styled *Webb Consolidated ISD v. Juan Cruz and J Cruz and Associates, LLC*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Karen H. Pozza presiding.

PER CURIAM



ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court